## THOMAS v. SOUTH SIDE ELEVATED RAILWAY COMPANY.

ERROR TO THE SUPREME COURT OF THE STATE OF ILLINOIS.

No. 157. Argued April 16, 19, 1909.—Decided April 26, 1909.

Writ of error to review a judgment of the state court in a condemnation proceeding, 218 Illinois, 571, dismissed without opinion for want of jurisdiction.

THIS was a writ of error to review a judgment of the Supreme Court of Illinois in a condemnation proceeding in which plaintiff in error contended that he had been denied due process of law.

Mr. George W. Thomas, pro se.

Mr. Cecil Page, with whom Mr. Monroe L. Willard was on the brief, for defendant in error.

*Per Curiam:* Writ of error dismissed for want of jurisdiction. *Stevens, Administrator,* v. *Nichols,* 157 U. S. 370; *Loeber* v. *Schroeder,* 149 U. S. 580; *Central Land Co.* v. *Laidley,* 159 U. S. 103; *Backus* v. *Fort Street Union Depot Co.,* 169 U. S. 557; *Ballard* v. *Hunter,* 204 U. S. 241; *Tracy* v. *Ginsberg,* 205 U. S. 180; *Rusch* v. *John Duncan Land & Mining Co.,* 211 U. S. 526; reported below, 218 Illinois, 571.